JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



07 CIV 7350

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>- v -<br><br>SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>RULE 7.1 STATEMENT |

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 [formerly Local General Rule 1.9] AND TO ENABLE DISTRICT JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR **PLAINTIFF** (a private non-governmental party) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY, WHICH ARE PUBLICALY HELD:     **NONE**.

Dated: New York, New York
         August 17, 2007

THE SHAPIRO FIRM, LLP

By: _____
Robert J. Shapiro, Esq. (RS-3220)
Jonathan S. Shapiro, Esq. (JS-3068)
500 Fifth Avenue, 14th Floor
New York, New York 10110
Tel. (212) 391-6464

Joseph H. Meltzer, Esq.
Gerald D. Wells, III, Esq.
Robert J. Gray, Esq.
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel. (610) 667-7706

*Counsel for Plaintiff*