Empire Process Service, Inc.
2920 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

CASE # SPRINT NEXTEL CORP

Judge Jones

UNITED STATES SOUTHERN DISTRICT COURT

DISTRICT OF NEW YORK

INDEX NO.: 07 CIV 7350

MELISSA ENG-HATCHER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,
                                             *Plaintiff(s)*
                      against

SPRINT NEXTEL CORPORATION, AND DOES 1 THROUGH 10, INCLUSIVE
                                             *Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS      ss.:

BRUCE ANGLIN being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 08/22/07 1:05 PM at 1166 AVENUE OF THE AMERICAS NEW YORK, NY 10036 deponent served the within SUMMONS IN A CIVAL ACTION & CLASS/COLLECTIVE ACTION * bearing Index# 07 CIV 7350 & filing date 08/17/07 SPRINT NEXTEL CORPORATION

defendant therein named,

**INDIVIDUAL** ☐
by delivering thereat a true copy *of each* to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☒
a DOMESTIC CORPORATION, by delivering thereat a true copy *of each* to KAREEM ALFRED personally; deponent knew said DOMESTIC CORPORATION so served to be the DOMESTIC CORPORATION described as the named defendant and knew said individual to be the SECURITY/ ** thereof.

**SUITABLE AGE PERSON** ☐
by delivering thereat a true copy *of each* to
a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's
and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐
by affixing a true copy *of each* to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with
and having called there on
* COMPLAINT
** AUTHORIZED TO ACCEPT SERVICE.

**MAILING** ☐
On      deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION**
Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 24 | 6'1 | 200 |

**USE IN NYC CIVIL CT.** ☐
Other identifying features:

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☐
I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON     08/23/07

TARA M. MAROLLA
NOTARY PUBLIC, State of New York
No. 01MA6038621
Qualified in Richmond County
Commission Expires November 14, ____

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18, ____

BRUCE ANGLIN
LICENSE NO. 822780

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MELISSA ENG-HATCHER, on behalf of
herself and all others similarly situated,   Plaintiff

V.

SPRINT NEXTEL CORPORATION, and
DOES 1 through 10, inclusive,   Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7350**

JUDGE JONES

TO: (Name and address of Defendant)

SPRINT NEXTEL CORPORATION
1166 Avenue of the Americas
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert J. Shapiro, Esq. (RS-3220)
Jonathan S. Shapiro, Esq. (JS-3068)
The Shapiro Firm, LLP
500 Fifth Avenue, 14th Floor
New York, NY 10110
Tel. (212) 391-6464

Joseph H. Meltzer, Esq.
Gerald D. Wells, III, Esq.
Robert J. Gray, Esq.
SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel. (610) 667-7706

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 1 7 2007

J. MICHAEL McMAHON

CLERK                                           DATE

(By) DEPUTY CLERK