AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive,

                Defendents,

**APPEARANCE**

Case Number: 07 civ 7350

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sprint Nextel Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/27/2007 | *Gregory I. Rasin* (signature) |
| Date | Signature |
| | Gregory I. Rasin      7813 |
| | Print Name      Bar Number |
| | 1585 Broadway |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 969-3940    (212) 969-2900 |
| | Phone Number    Fax Number |