AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,

          Plaintiff,

v.

SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive,

          Defendents,

**APPEARANCE**

Case Number: 07 civ 7350

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sprint Nextel Corporation

I certify that I am admitted to practice in this court.

9/27/2007
Date

Signature

Brian J. Gershengorn      7544
Print Name      Bar Number

1585 Broadway
Address

New York      NY      10036
City      State      Zip Code

(212) 969-3083      (212) 969-2900
Phone Number      Fax Number