Case 1:07-cv-07350-BSJ-KNF    Document 7    Filed 10/04/2007    Page 1 of 3

PROSKAUER ROSE LLP
Elise M. Bloom, Esq.
Gregory I. Rasin, Esq.
1585 Broadway
New York, New York 10036
Tel. (212) 969-3000
Fax (212) 969-2900

Attorneys for Defendant
Sprint Nextel Corporation

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/07
```

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 07-CIV-7350(BSJ)<br><br>Jury Trial Requested |

### STIPULATION EXTENDING TIME FOR DEFENDANT
### SPRINT NEXTEL CORPORATION TO ANSWER AND/OR MOVE
### AS TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER

Plaintiff and Defendant Sprint Nextel Corporation, through their respective undersigned counsel, stipulate that the time in which Defendant Sprint Nextel Corporation may move, answer or otherwise respond to Plaintiff's Complaint may be extended by ten (10) calendar days through and including October 10, 2007. This Stipulation is made on the following facts:

1.    Plaintiff filed her Complaint in this Court on August 17, 2007. Service was effected by electronic mail to Defendant's counsel by agreement of the parties on September 10, 2007.

7736/66816-019 CURRENT/10123747V1



    2        Defendant's counsel agreed to accept service of Plaintiff's Complaint through the electronic mail.

    3.       Service was accepted as part of an agreement between counsel for Plaintiff and Defendant whereby Sprint Nextel Corporation would have until October 10, 2007 to answer and/or move with respect to the Complaint.

    3.       The brief extension of time to October 10, 2007 is needed by Defendant's counsel in order to prepare a response to the Complaint. No previous extensions of time have been requested or obtained.

A proposed Order is submitted herewith for the convenience of the Court.

Dated: New York, New York
September 27, 2007

SO STIPULATED:

Robert J. Shapiro, Esq.
Jonathan S. Shapiro, Esq.
THE SHAPIRO FIRM, LLP
500 Fifth Avenue, 14th Floor
New York, New York 10110
Tel. (212) 391-6464
Fax (212) 719-1616
Email: rshapiro@the shapirofirm.com

Joseph H. Meltzer, Esq.
Gerald D. Wells, III, Esq.
Robert J. Gray, Esq.
SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel. (610) 667-7706
Fax (610) 667-7056

Counsel for Plaintiff

SO STIPULATED:

Elise M. Bloom, Esq.
Gregory I. Rasin, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Tel. (212) 969-3000
Fax (212) 969-2900
Email: ebloom@proskauer.com

Hunter R. Hughes, III*
J. Timothy McDonald*
Ashley R. Hurst*
Rogers & Hardin, LLP
220 Peachtree St., NE, Suite 2700
Atlanta, GA 30303-1601
Tel. (404) 522-4700
Fax. (404) 525-2224
* Motion for admission pro hac to be filed

Counsel for Defendant

7736/66816-019 CURRENT/10123747V1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07-CIV-7350(BSJ) |
| SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive, ) ) ) | Jury Trial Requested |
| Defendants. ) ) ) | |

ORDER EXTENDING TIME

For good cause shown, the time in which Defendant Sprint Nextel Corporation may answer, move or otherwise respond to the Complaint be and hereby is extended through and including October 10, 2007.

October 1, 2007

Dated: September __, 2007
New York, New York

_____
The Honorable Barbara S. Jones
United States District Court Judge
United States District Court for the
Southern District of New York

7736/66816-019 CURRENT/10123747V1