EXHIBIT A – [~~PROPOSED~~ ORDER]

PROSKAUER ROSE LLP
Elise M. Bloom
Gregory I. Rasin
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendant*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- X

MELISSA ENG-HATCHER, on behalf of
herself and all others similarly situated

               Plaintiff,

      - against -

SPRINT NEXTEL CORPORATION; and
DOES 1 through 10, inclusive

               Defendant.

------------------------------- X

**ECF CASE (THIS MOTION NOT TO BE FILED ELECTRONICALLY)**

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN NOTICE**

Case No. 07-CIV-7350(BSJ)

Upon the motion of Elise M. Bloom, attorney for Defendant, and said sponsor's attorney's

declaration in support:

**IT IS HEREBY ORDERED** that

HUNTER R. HUGHES, III
J. TIMOTHY McDONALD
ASHLEY R. HURST
Rogers & Hardin LLP
229 Peachtree St., NE
International Tower, Suite 2700
Atlanta, Georgia 30303-1601

are admitted to practice *pro hac vice* as counsel for Defendant in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

i

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: Oct. 22, 2007
New York, New York

_____
Barbara S. Jones
U.S.D.J.

7736/66816-019 Current/10121062v1