SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Eng-Hatcher        Plaintiff,

- against -

Sprint Nextel Corporation   Defendant.
et al

7 cv 07350 (BSJ)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Robert Jason Shapiro    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Robert J. Gray |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |

Robert J. Gray                              is a member in good standing of the Bar of the States of

Pennsylvania

There are no pending disciplinary proceeding against   Robert J. Gray
in any State or Federal court.

Dated:       October 22, 2007
City, State: New York, New York

Respectfully submitted,

| | |
|---|---|
| Sponsor's SDNY Bar | Robert J. Shapiro, Esq. (RS-3220) |
| Firm Name: | THE SHAPIRO FIRM, LLP |
| Address: | 500 Fifth Avenue, 14th Floor, New York, NY 10110 |
| City/State/Zip: | Tel. (212) 391-6464 |
| Phone Number: | Fax. (212) 719-1616 |
| Fax Number: | |

SDNY Form Web 10.2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　- v -<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 07-CV-07350 (BSJ)<br><br>**AFFIDAVIT OF ROBERT J. SHAPIRO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

*State of New York*　　}
　　　　　　　　　　　} ss:
*County of New York*　　}

ROBERT J. SHAPIRO, being duly sworn, hereby deposes and says as follows:

1. I am a member of The Shapiro Firm, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit **ROBERT J. GRAY** as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 22, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Gray since 2006, and had a relationship with his firm, Schiffrin, Barroway, Topaz & Kessler, LLP, since 2005.

4. Mr. Gray is an associate at Schiffrin, Barroway, Topaz & Kessler, LLP, in Radnor, Pennsylvania.

5. I have found Mr. Gray to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Robert J. Gray, pro hac vice, which is attached hereto as Exhibit A.

1

7. I respectfully submit a proposed order granting the admission of Robert J. Gray, pro hac vice, which is also attached as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit ROBERT J. GRAY, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
October 22, 2007

Respectfully submitted,

Robert J. Shapiro, Esq. (RS-3220), Movant

THE SHAPIRO FIRM, LLP
500 Fifth Avenue, 14th Floor
New York, New York 10110
Tel. (212) 391-6464

*Counsel for Plaintiff*

Sworn to before me this 22nd
day of October, 2007:

Notary Public

LEONARD N SHAPIRO
NOTARY PUBLIC     NEW YORK
NO. 31-
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 28, 2007

2

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that he caused a true and accurate copy of Plaintiff's Motion to Admit **ROBERT J. GRAY**, as counsel for Plaintiff Pro Hac Vice, to be personally served via first-class mail, in a sealed envelope, postage prepaid, on the 22nd day of October, 2007, upon:

Elise M. Bloom, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036

*Attorneys for Defendants*

Dated: New York, New York
October 22, 2007

_____
ROBERT J. SHAPIRO



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Robert Joseph Gray, Esq.*

#### DATE OF ADMISSION

*November 15, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 16, 2007

Patricia A. Johnson
Chief Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Eng-Hatcher           Plaintiff,

                                                        7   cv  07350   (BSJ)

        - against -
Sprint Nextel Corporation et al     Defendant.    **ORDER FOR ADMISSION**
                                                  **PRO HAC VICE**
                                                  **ON WRITTEN MOTION**

Upon the motion of Robert Jason Shapiro attorney for Melissa Eng-Hatcher

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Robert J. Gray |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA  19087 |
| Telephone/Fax: | (610) 667-7706 |
| Email Address: | (610) 667-7056 |

is admitted to practice pro hac vice as counsel for Melissa Eng-Hatcher in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


                                    _____
                                    United States District/Magistrate Judge


FOR OFFICE USE ONLY:  FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006