SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Eng-Hatcher          Plaintiff,

- against -

Sprint Nextel Corporation  Defendant.
et al

7 ___ cv ___07350___ (BSJ)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Robert Jason Shapiro      a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Gerald D. Wells, III |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA  19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |

Gerald D. Wells, III                          is a member in good standing of the Bar of the States of

Pennsylvania

There are no pending disciplinary proceeding against   Gerald D. Wells, III
in any State or Federal court.

Dated:          October 22, 2007
City, State:    New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar
Firm Name:
Address:
City/State/Zip:
Phone Number:
Fax Number:

Robert J. Shapiro, Esq. (RS-3220)
THE SHAPIRO FIRM, LLP
500 Fifth Avenue, 14th Floor, New York, NY 10110
Tel. (212) 391-6464
Fax. (212) 719-1616

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA ENG-HATCHER, on behalf of
herself and all others similarly situated,

      Plaintiff,

- v -

SPRINT NEXTEL CORPORATION;
SPRINT/UNITED MANAGEMENT
COMPANY; and DOES 1 through 10,
inclusive,

      Defendants.

Case No. 07-CV-07350 (BSJ)

**AFFIDAVIT OF ROBERT J. SHAPIRO
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

*State of New York*   }
              } ss:
*County of New York*   }

ROBERT J. SHAPIRO, being duly sworn, hereby deposes and says as follows:

1.     I am a member of The Shapiro Firm, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit **GERALD D. WELLS, III** as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 22, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Mr. Wells, and had a relationship with his firm, Schiffrin, Barroway, Topaz & Kessler, LLP, since 2005.

4.     Mr. Wells is an associate at Schiffrin, Barroway, Topaz & Kessler, LLP, in Radnor, Pennsylvania.

5.     I have found Mr. Wells to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Gerald D. Wells, III, pro hac vice, which is attached hereto as Exhibit A.

1

7.    I respectfully submit a proposed order granting the admission of Gerald D. Wells, III, pro hac vice, which is also attached as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit GERALD D. WELLS, III, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
       October 22, 2007

                                                    Respectfully submitted,

                                                    _____
                                                    Robert J. Shapiro, Esq. (RS-3220), Movant

                                                    THE SHAPIRO FIRM, LLP
                                                    500 Fifth Avenue, 14th Floor
                                                    New York, New York 10110
                                                    Tel. (212) 391-6464

                                                    *Counsel for Plaintiff*

Sworn to before me this 22nd
day of October, 2007:

_____
Notary Public

        LEONARD N. SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
         NO. 31-8938795
  QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 28, 20**09**

2

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that he caused a true and accurate copy of Plaintiff's Motion to Admit **GERALD D. WELLS, III**, as counsel for Plaintiff Pro Hac Vice, to be personally served via first-class mail, in a sealed envelope, postage prepaid, on the 22nd day of October, 2007, upon:

Elise M. Bloom, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036

*Attorneys for Defendants*

Dated: New York, New York
       October 22, 2007

_____
ROBERT J. SHAPIRO



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Gerald D. Wells, III, Esq.*

**DATE OF ADMISSION**

*December 6, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: October 16, 2007**

Patricia A. Johnson
Chief Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Melissa Eng-Hatcher                Plaintiff,

                                              7    cv  07350      (BSJ)

            - against -

Sprint Nextel Corporation et al        Defendant.          **ORDER FOR ADMISSION**
                                                           **PRO HAC VICE**
                                                           **ON WRITTEN MOTION**

Upon the motion of  Robert Jason Shapiro   attorney for   Melissa Eng-Hatcher

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gerald D. Wells, III |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA  19087 |
| Telephone/Fax: | (610) 667-7706 |
| Email Address: | (610) 667-7056 |

is admitted to practice pro hac vice as counsel for    Melissa Eng-Hatcher                         in the above
captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

                                    _____
                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#

SDNY Form Web 10/2006