SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Eng-Hatcher           Plaintiff,

                                                          7   cv  07350    (BSJ)

        - against -
Sprint Nextel Corporation et al     Defendant.      **ORDER FOR ADMISSION
                                                     PRO HAC VICE
                                                     ON WRITTEN MOTION**

Upon the motion of  Robert Jason Shapiro  attorney for  Melissa Eng-Hatcher

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gerald D. Wells, III |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA  19087 |
| Telephone/Fax: | (610) 667-7706 |
| Email Address: | (610) 667-7056 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/07

is admitted to practice pro hac vice as counsel for  Melissa Eng-Hatcher  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  10/28/07
City, State:

_____
United States District/Magistrate Judge