UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/31/07

MELISSA ENG-HATCHER, on behalf of )
herself and all others similarly situated, )
)
       Plaintiff, )
)
v. )  Case No. 07-CIV-7350(BSJ)
)
SPRINT NEXTEL CORPORATION; and )  Jury Trial Requested
DOES 1 through 10, inclusive, )
)
       Defendants. )
)
)

## ORDER EXTENDING TIME

For good cause shown, the time in which Defendant Sprint Nextel Corporation may answer, move or otherwise respond to the Complaint be and hereby is extended through and including October 31, 2007.

Dated: October 30, 2007
       New York, New York

_____
The Honorable Barbara S. Jones
United States District Court Judge
United States District Court for the
Southern District of New York