PROSKAUER ROSE
Elise M. Bloom, Esq.
Gregory I. Rasin, Esq.
1585 Broadway
New York, New York 10036
Tel. (212) 969-3000
Fax (212) 969-2900

ROGERS & HARDIN LLP
Hunter R. Hughes, Esq.
J. Timothy Mc Donald, Esq.
Ashley R. Hurst, Esq.
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
Tel.  (404) 522-4700
Fax.  (404) 525-2224

Attorneys for Defendants
Sprint Nextel Corporation
and Sprint/United Management
Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  07-CIV-7350(BSJ) |
| v. | ) ) | **ECF Case** |
| SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY and DOES 1 through 10, inclusive, | ) ) ) ) ) | **DEFENDANT SPRINT/UNITED MANAGEMENT COMPANY'S RULE 7.1 STATEMENT** |
| Defendants. | ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusals, the undersigned certifies with respect to Defendant Sprint/United Management Company, that the following corporate parents, subsidiaries and/or affiliates of Defendant Sprint/United Management Company are publicly held and/or the following public corporations own ten percent or more of Defendant Sprint/United Management Company's stock:

Sprint Nextel Corporation.

DATED:  October 31, 2007

PROSKAUER ROSE LLP


By: /s/ Elise M. Bloom
ELISE M. BLOOM
ebloom@proskauer.com
GREGORY I. RASIN
grasin@proskauer.com
1585 Broadway
New York, New York  10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

HUNTER R. HUGHES
hrh@rh-law.com
J. TIMOTHY Mc DONALD
jtm@rh-law.com
ASHLEY R. HURST
arh@rh-law.com
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
Telephone:  (404) 522-4700
Facsimile:  (404) 525-2224

Attorneys for Defendants
SPRINT NEXTEL CORPORATION

AND SPRINT/UNITED MANAGEMENT COMPANY

3