# Certificate of Service

I Brian J. Gershengorn, an attorney admitted to practice in the State of New York, hereby certify that on this date, I caused a true and correct copy of the Answer to Amended Complaint to be served by regular first class mail upon: Robert J, Shapiro, 500 Fifth Avenue, 14th Floor, New York, New York 10110 and Joseph H. Meltzer, 280 King of Prussia Road, Radnor, PA 19087.

*[signature]*

Brian J. Gershengorn, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036

Dated: October 31, 2007