| | |
|---|---|
| THE SHAPIRO FIRM, LLP<br>Robert J. Shapiro, Esq. (RS-3220)<br>Jonathan S. Shapiro, Esq.<br>500 Fifth Avenue, 14th Floor<br>New York, New York 10110<br>Tel. (212) 391-6464<br>Fax (212) 719-1616 | PROSKAUER ROSE<br>Elise M. Bloom, Esq.<br>Gregory I. Rasin, Esq.<br>1585 Broadway<br>New York, New York 10036<br>Tel. (212) 969-3000<br>Fax (212) 969-2900 |
| SCHIFFRIN BARROWAY<br>TOPAZ & KESSLER, LLP<br>Joseph H. Meltzer, Esq.<br>Gerald D. Wells, III, Esq.<br>Robert J. Gray, Esq.<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel. (610) 667-7706<br>Fax (610) 667-7056<br><br>Attorneys for Plaintiff | ROGERS & HARDIN LLP<br>Hunter R. Hughes, Esq.<br>J. Timothy Mc Donald, Esq.<br>Ashley R. Hurst, Esq.<br>2700 International Tower<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, GA 30303<br>Tel. (404) 522-4700<br>Fax (404) 525-2224<br><br>Attorneys for Defendants<br>Sprint Nextel Corporation |

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/12/07]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION;<br>SPRINT/UNITED MANAGEMENT<br>COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendant. | STIPULATION<br><br>Case No. 07-CIV-7350(BSJ) (KNF) |

7736/66816-019 Current/10428674v1

The Parties hereto, through their respective counsel of record, stipulate as follows:

WHEREAS, the above referenced matter was recently set for a status conference to be held on December 12, 2007;

WHEREAS, the parties currently are engaged in litigation in California which contains similar claims to those in this case and in which the Parties have scheduled a two day mediation to be held on January 28 and January 29, 2008 in California;

WHEREAS, the Parties believe that the mediation in the California case may impact this case and whether the Parties decide to pursue mediation in this matter or proceed with litigation;

WHEREAS, the Parties have entered into a tolling agreement which tolls all claims in this matter from December 1, 2007 – February 1, 2008;

WHEREAS, on December 7, 2007, counsel for all parties met and conferred; and

WHEREAS, counsel all parties have agreed that on or before February 1, 2008, they will submit to the Court a joint letter advising the Court whether this action should be scheduled for a status conference or whether the Parties believe a mediation would be appropriate and accordingly the stay should continue.

WHEREFORE, it is stipulated that the case shall be stayed through and including February 1, 2008.

7736/66816-019 Current/10428674v1

DATED: December 11, 2007.

SO STIPULATED:                                          SO STIPULATED:

_____                              _____
Joseph H. Meltzer, Esq.                                  Elise M. Bloom, Esq.
Gerald D. Wells, III, Esq.                               Gregory I. Rasin, Esq.
Robert J. Gray, Esq.                                     PROSKAUER ROSE LLP
SCHIFFRIN BARROWAY                                       1585 Broadway
TOPAZ & KESSLER, LLP                                     New York, New York 10036
280 King of Prussia Road                                 Tel. (212) 969-3000
Radnor, PA 19087                                         Fax (212) 969-2900
Tel. (610) 667-7706                                      Email: ebloom@proskauer.com
Fax (610) 667-7056

Robert J. Shapiro, Esq. (RS-3220)                        Hunter R. Hughes, III
Jonathan S. Shapiro, Esq.                                J. Timothy McDonald
THE SHAPIRO FIRM, LLP                                    Ashley R. Hurst
500 Fifth Avenue, 14th Floor                             Rogers & Hardin, LLP
New York, New York 10110                                 220 Peachtree St., NE, Suite 2700
Tel. (212) 391-6464                                      Atlanta, GA 30303-1601
Fax (212) 719-1616                                       Tel. (404) 522-4700
Email: rshapiro@theshapirofirm.com                       Fax (404) 525-2224

Counsel for Plaintiff                                    Counsel for Defendant

12/12/07
SO ORDERED:
_____
KEVIN NATHANIEL FOX, U.S.M.J.