UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELISSA ENG-HATCHER, on behalf
of herself and all others similarly situated,

           Plaintiffs,

        -against-

SPRINT NEXTEL CORP., et al.,

           Defendants
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/08
```

ORDER
07 Civ. 7350 (BSJ)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic pretrial status conference shall be held in the above-captioned action on February 20, 2008, at 2:00 p.m. During the conference, the parties must be prepared to discuss the formulation of a case management plan. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6710.

Dated: New York, New York
         February 4, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE