UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MELISSA ENG-HATCHER, on behalf :
of herself and all others similarly situated,
 :
           Plaintiffs, :
                             ORDER
      -against- :
                            07 Civ. 7350 (BSJ)(KNF)
 :
SPRINT NEXTEL CORP., et al.,
 :
           Defendants :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Telephonic conferences were held with counsel to the respective parties on February 20 and February 28, 2008. As a result of the discussions had during the conferences, IT IS HEREBY ORDERED that: (1) all discovery, of whatever nature, respecting whether the plaintiff is similarly situated to other prospective plaintiffs, must be initiated so as to completed on or before May 21, 2008; (2) on or before June 11, 2008, the plaintiff shall serve and file any motion(s) respecting conditional collective action certification/class action certification; (3) on or before June 25, 2008, the defendants shall serve and file any response to the motion(s); and (4) on or before July 7, 2008, the plaintiff shall serve and file any reply(ies).

Dated: New York, New York
       February 29, 2008

SO ORDERED:

/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE