PROSKAUER ROSE
Elise M. Bloom, Esq.
Gregory I. Rasin, Esq.
1585 Broadway
New York, New York  10036
Tel. (212) 969-3000
Fax (212) 969-2900

ROGERS & HARDIN LLP
Hunter R. Hughes, Esq.
J. Timothy Mc Donald, Esq.
Ashley R. Hurst, Esq.
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
Tel.  (404) 522-4700
Fax.  (404) 525-2224

Attorneys for Defendants
Sprint Nextel Corporation
and Sprint/United Management
Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  07-CIV-7350(BSJ)(KNF) |
| SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive, | ) ) ) ) | **Defendants' Motion for Leave to File an Amended Answer to Assert Counterclaims and Additional Affirmative Defenses** |
| Defendants. | ) ) | |

Now come Defendants Sprint Nextel Corporation and Sprint/United Management

Company by and through their attorneys, pursuant to Federal Rule of Civil Procedure 15(a), and

respectfully moves this Court for an Order granting Defendants' leave to amend their Answer to

Plaintiff's Amended Complaint to Assert Counterclaims and Additional Affirmative Defenses. The Amended Answer is attached hereto as Exhibit "A."

In support of this Motion, Defendants file herewith their Memorandum of Law in Support.

WHEREFORE, Defendants pray that this Motion be granted and that they be allowed to file and serve the attached Amended Answer and Counterclaims to Plaintiff's Amended Complaint.

Respectfully submitted this 1st day of April, 2008.

PROSKAUER ROSE LLP

By:     /s/ Elise M. Bloom
ELISE M. BLOOM
ebloom@proskauer.com
GREGORY I. RASIN
grasin@proskauer.com
1585 Broadway
New York, New York  10036
Telephone: (212) 969-3000
Facsimile:  (212) 969-2900

HUNTER R. HUGHES
hrh@rh-law.com
J. TIMOTHY Mc DONALD
jtm@rh-law.com
ASHLEY R. HURST
arh@rh-law.com
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
Telephone:  (404) 522-4700
Facsimile:  (404) 525-2224

Attorneys for Defendants Sprint Nextel Corporation
and Sprint/United Management Company