



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

280 King of Prussia Road • Radnor, Pennsylvania 19087 • (610) 667-7706 • Fax: (610) 667-7056
2125 Oak Grove Road, Suite 120 • Walnut Creek, California 94598 • (925) 945-0770 • Fax: (925) 945-8792

**MEMO ENDORSED**    April 18, 2008



RECEIVED
APR 18 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

**VIA FACSIMILE AND OVERNIGHT MAIL**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 540
New York, NY 10007

      RE:    *Melissa Eng-Hatcher v. Sprint Nextel Corp., et al.*,
            Case No. 07-7350 (BSJ)(KNF)

Dear Judge Fox:

      On April 1, 2008, Defendants filed a motion with the Court requesting leave to amend their Answer to Plaintiff's Amended Complaint and to assert Counterclaims and Additional Affirmative Defenses. Currently, Plaintiff's response is due on April 18, 2008 and Defendants' reply is due on April 30, 2008. Counsel for Plaintiff and Defendants have met and conferred regarding an extension and this is the parties' first extension request.

      The parties have agreed to extend the deadline for Plaintiff's response to Defendants' motion until April 29, 2008 and to extend the deadline for Defendants' reply until May 13, 2008. The parties hereby respectfully request Your Honor's consent to modify the above deadlines. These brief extensions do not affect any other dates associated with this matter.

4/18/08
Application granted.
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Robert W. Biela

RWB/km
cc:    Elise Bloom, Esq.
       Hunter R. Hughes, Esq.