UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 07-CV-7350-BSJ-KNF<br><br>[PROPOSED] SCHEDULING ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #<br>DATE FILED: 5/20/08 |

[PROPOSED] SCHEDULING ORDER

Pursuant to the joint request to extend the discovery deadline, the following schedule is hereby established:

1. All discovery must be completed on or before June 20, 2008.

2. The plaintiff shall serve and file any motion(s) respecting conditional collective action certification / class action certification on or before July 11, 2008.

3. The defendants shall serve and file any response to the motion(s) on or before July 25, 2008.

4. The plaintiff shall serve and file any reply(ies) on or before August 6, 2008.

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE