AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MELISSA ENG HATCHER, on behalf of herself and all others similarly situated,
    Plaintiff,
 v.

SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive,
    Defendants.

**APPEARANCE**

Case Number: 07-cv-7350-BSF-KNF

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 Plaintiff Melissa Eng-Hatcher

 I certify that I am admitted to practice in this court.

| 6/17/2008 | *[signature]* |
|---|---|
| Date | Signature |
| | Nick S. Williams    NW-5946 |
| | Print Name    Bar Number |
| | Schiffrin Barroway Topaz & Kessler, LLP |
| | 280 King of Prussia Road |
| | Address |
| | Radnor, PA 19087 |
| | City   State   Zip Code |
| | (610) 667-7706   (610) 667-7056 |
| | Phone Number   Fax Number |