UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendants. | Case No. 07-CV-07350(BSJ)(KNF)<br><br>**CONSENT TO SUE** |

    I am a current or former employee of Sprint Nextel Corporation and/or Sprint United Management Company ("Sprint"), and I hereby consent to sue Sprint for unpaid wages, including any unpaid overtime compensation, I may be owed) under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*

    I work/worked in the position of _____ for Sprint in

_____, _____ from on or about _____, \_\_\_\_
      (City)          (State)                                       (Month)      (Year)

to on or about _____, _____.
                  (Month)     (Year)

    I hereby designate Schiffrin Barroway Topaz & Kessler, LLP, to represent me in this action.

Dated: _____, 200\_\_    Signed: _____
                                                                                            (Signature)

Name (Print Legibly) _____
Address: _____
            _____
            (City)                     (State)           (Zip Code)

Telephone:    _____

Email Address:    _____

Return to: Gerald D. Wells, III, Schiffrin, Barroway, Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087, to be received by _____ **[date to be filled in later]**.