**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Joseph H. Meltzer, Esq.
Gerald D. Wells, III, Esq.
Nick S. Williams, Esq. (NW-5946)
Robert W. Biela, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

- and -

**THE SHAPIRO FIRM, LLP**
Robert J Shapiro, Esq. (RS-3220)
Jonathan S. Shapiro, Esq. (JS-3068)
500 Fifth Avenue, 14th Floor
New York, NY 10110
Telephone: (212) 391-6464
Facsimile: (212) 719-1616

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 07-CV-07350(BSJ)(KNF)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23**<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declaration of Gerald D. Wells, III, and the exhibits thereto, and all prior papers and proceedings herein, on a date to be determined by the Court, Plaintiff Melissa Eng-Hatcher on behalf of herself and all others similarly situated, will move the Court for an Order certifying this action as a Class Action pursuant to FED. R. CIV. P. 23, and an order appointing Plaintiff's counsel as Class Counsel pursuant to FED. R. CIV. P. 23(g).

For the Court's consideration, Plaintiff also attaches a [Proposed] Order.

Dated: July 11, 2008

Respectfully submitted,

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

By:  ____/s/ Gerald D. Wells, III_____
Joseph H. Meltzer
Gerald D. Wells, III
Nick S. Williams (NW-5946)
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

- and -

**THE SHAPIRO FIRM, LLP**
Robert J Shapiro, Esq. (RS-3220)
Jonathan S. Shapiro, Esq. (JS-3068)
500 Fifth Avenue, 14th Floor
New York, NY 10110
Telephone: (212) 391-6464
Facsimile: (212) 719-1616

*Attorneys for Plaintiff*