UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.07-CV-7350 (BSJ)(KNF)<br><br>**[PROPOSED] ORDER** |

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion For Class Certification Pursuant To FED. R. CIV. P. 23, Memorandum of Law in Support thereof, any opposition thereto, and oral argument before the Court, the Court determines that Plaintiff's Motion is **GRANTED**.

It is hereby ORDERED and DECREED that:

1. Plaintiff Melissa Eng-Hatcher is appointed class representative on behalf of the following class:

> All persons within the State of New York who: (i) are, or were employed by Defendant to work in its retail stores as non-exempt hourly employees; (ii) are, or were not, paid for all the hours they worked in any given work week; and (iii) are, or were not paid premium overtime compensation at a rate not less than one and one-half times their regular rate for all hours worked beyond the forty (40) hour work week, within the six years prior to August 17, 2007.

2. Plaintiff's counsel is hereby appointed class counsel pursuant to FED R. CIV. P. 23(g).

2

IT IS SO ORDERED.


DATED:_____        _____
                                Kevin Nathaniel Fox
                                United States Magistrate Judge