SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Eng-Hatcher          Plaintiff,

- against -

Defendant.
Sprint Nextel Corporation
et al

07 ___ cv  07350  (BSJ)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Robert Jason Shapiro        a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Katherine B. Bornstein
Firm Name:         Schiffrin Barroway Topaz & Kessler, LLP
Address:           280 King of Prussia Roas
City/State/Zip:    Radnor, PA  19087
Phone Number:      (610) 667-7706
Fax Number:        (610) 667-7056

Katherine B. Bornstein                    is a member in good standing of the Bar of the States of

Pennsylvania, California and Maryland

There are no pending disciplinary proceeding against   Katherine B. Bornstein
in any State or Federal court.

Dated:  July 9, 2008
City, State:  New York, New York

Respectfully submitted,

Sponsor's   ROBERT J. SHAPIRO, ESQ.
SDNY Bar  (RS-3220)
Firm Name:  The Shapiro Firm, LLP
Address:  500 Fifth Avenue, 14th Flr.
City/State/Zip:  New York, NY 10110
Phone Number:  212-391-6464
Fax Number:  212-719-1616

SDNY Form Web 10/2006

Robert J. Shapiro, Esq.
THE SHAPIRO FIRM, LLP
500 Fifth Avenue, 14th Floor
New York, New York 10110
Tel. (212) 391-6464

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>                                   Plaintiff,<br><br>        v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY; and DOES 1 through 10 inclusive,<br><br>                                   Defendants. | Civ. No. 07-CV-07350<br><br>**AFFIDAVIT OF ROBERT J. SHAPIRO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    }
                                  }    ss.:
COUNTY OF NEW YORK  }

ROBERT J. SHAPIRO, being duly sworn, hereby deposes and says as follows:

1.  I am a member of The Shapiro Firm, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs motion to admit **KATHERINE B. BORNSTEIN** as counsel *pro hac vice* to represent Plaintiff in this matter

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 22, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York on July 12, 1994, and am in good standing with this Court.

3.  I have known Miss Bornstein since 2005, and have had a relationship with her firm, Schiffrin Barroway Topaz & Kessler, LLP, since 2005.

4.  Miss Bornstein is an associate at Schiffrin Barroway Topaz & Kessler, LLP, in Radnor, Pennsylvania, and is a member of the Bar of the Commonwealth of Pennsylvania; a copy

of such *Certificate of Good Standing* is attached hereto as Exhibit A.

5.    I have found Miss Bornstein to be a skilled attorney and a person of integrity.  She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Katherine B. Bornstein, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Katherine B. Bornstein, *pro hac vice*, which is attached as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Katherine B. Bornstein, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

ROBERT J. SHAPIRO, ESQ.
*Movant*
THE SHAPIRO FIRM, LLP
500 Fifth Avenue, 14th Floor
New York, New York  10110
Tel. (212) 391-6464

*Counsel for Plaintiff*

Sworn to before me this
_10_ day of July, 2008:

_____
*Notary Public*

LEONARD N. SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 31-8938795
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JULY 28, 2024

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that he caused a true and accurate copy of Plaintiff's Motion to Admit KATHERINE B. BORNSTEIN, as counsel for Plaintiff *Pro Hac Vice*, to be personally served via first-class mail, in a sealed envelope, postage prepaid, on the 10th day of July, 2008, upon:

Elise M. Bloom, Esq.
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036

*Attorneys for Defendants*

Dated: New York, New York
       July 10, 2008

ROBERT A. SHAPIRO, ESQ.
THE SHAPIRO FIRM, LLP



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Katherine B. Bornstein, Esq.*

**DATE OF ADMISSION**

*May 9, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 7, 2008**

Patricia A. Johnson
Chief Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Melissa Eng-Hatcher                    Plaintiff,

7   cv  07350    (BSJ)

- against -

Sprint Nextel Corporation et al        Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Robert Jason Shapiro  attorney for  Melissa Eng-Hatcher

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Katherine B. Bornstein |
| Firm Name: | Schiffrin Barroway Topaz & Kessler |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA  19087 |
| Telephone/Fax: | (610) 667-7706 |
| Email Address: | kbornstein@sbtklaw.com |

is admitted to practice pro hac vice as counsel for   Melissa Eng-Hatcher            in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $ _____    SDNY RECEIPT# _____

SDNY Form Web 10/2006