UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.07-CV-7350 (BSJ)(KNF)<br><br>**DECLARATION OF GERALD D. WELLS, III IN SUPPORT OF MOTION TO COMPEL** |

GERALD D. WELLS, III, declares as follows:

1. I am associated with the law firm of Schiffrin Barroway Topaz & Kessler, LLP ("SBTK" or the "Firm"), counsel for Plaintiff in this action, and have been admitted *pro hac vice* to practice before this Court. I am personally involved in all aspects of the prosecution of this matter. I submit this declaration in support of Plaintiff's motion to compel discovery from Defendants.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's First Request for Production of Documents Addressed to Defendants, dated and served on or about April 3, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of a letter, dated May 22, 2008, from Ashley R. Hurst, Esq. to Robert W. Biela, Esq.

4. Attached hereto as Exhibit C are true and correct copies of various discovery-related communications between the parties.

5.  Attached hereto as Exhibit D is a true and correct copy of an email, dated June 24, 2008 at 5:08 p.m., from Elise M. Bloom, Esq. to the undersigned

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2008, in Radnor, Pennsylvania.

_____
GERALD D. WELLS, III