# EXHIBIT B

# ROGERS & HARDIN

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

ASHLEY R. HURST
DIRECT: (404) 420-4617
DIRECT FAX: (404) 230-0948
EMAIL: ARH@RH-LAW.COM

2700 INTERNATIONAL TOWER, PEACHTREE CENTER
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1601
(404) 522-4700
FACSIMILE: (404) 525-2224

May 22, 2008

*Via Email and U.S. Mail*

Robert W. Biela, Esq.
SCHIFFRIN BARROWAY TOPAZ
 & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

Re:  Eng-Hatcher v. Sprint Nextel Corporation, et al.
     Case No. 2:07-cv-7350 (BSJ) (KNF) (S.D.N.Y.)

Dear Bob:

This letter responds to your May 19, 2008 letter regarding 30(b)(6) depositions of Sprint in the Eng-Hatcher case. As your letter states the areas listed are "general" indeed. This makes Sprint's ability to designate appropriate and knowledgeable witnesses nearly impossible. However, because time is of the essence, we have attempted to designate witnesses for the areas as we understand them and that are relevant to this case.

   1   The Company's compensation policies, practices and procedures with regard to its Sales Representatives (as the term is defined in Plaintiff's Amended Complaint).

We are not entirely sure what you are asking for here. We assume you are looking for persons to testify about the incentive compensation plans that applied to Sprint's retail store consultants and how they worked during the relevant time period. To the extent your usage of the term Sales Representatives is intended to go beyond the retail store consultants in Sprint stores, we object as Plaintiff testified at her deposition that she was only seeking to represent persons who held the same position that she did (i.e., retail store consultant). Thus, as we understand General Area 1, Sprint designates Laurilyn Dowling to testify regarding its Incentive Compensation Plans for retail store consultants and how they worked during the relevant time period. Ms. Dowling works in Maine.

   2.   The job duties and responsibilities of Sales Representatives

Subject to the same objection above regarding the term Sales Representatives, Sprint designates Mark Galluccio for General Area 2 during the relevant time period. Mr. Galluccio works in New York.