

# SCHIFFRIN BARROWAY
# TOPAZ & KESSLER, LLP
Attorneys at Law

www.sbtklaw.com

280 King of Prussia Road • Radnor, Pennsylvania 19087 • (610) 667-7706 • Fax: (610) 667-7056
2125 Oak Grove Road, Suite 120 • Walnut Creek, California 94598 • (925) 945-0200 • Fax: (925) 945-8792

Writer's Direct Dial: (610) 822-2233
E-Mail: gwells@sbtklaw.com

July 15, 2008

**VIA FACSIMILIE**

The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

> Re:  *Melissa Eng-Hatcher v. Sprint Nextel Corp., et al.*
> Case No. 07-7350 (BSJ)(KNF)

Dear Judge Jones:

Pursuant to Rule 2(E) of Your Honor's Individual Rules of Practice and a message from Magistrate Judge Fox's clerk, Plaintiff writes to request oral argument in connection with her (i) Motion for Conditional Collective Certification; and (ii) Motion for Class Certification. Plaintiff believes the matters addressed in her briefs raise significant complex issues and warrant oral argument.

Respectfully submitted,

Gerald D. Wells, III
Counsel for Plaintiff

GDW/tae

cc:  Elise Bloom, Esquire
     Ashley R. Hurst, Esquire
     Hunter R. Hughes, Esquire
     (each via facsimile only)

*Handwritten note:* After considering the motion, if the Court believes that oral argument is necessary it will be scheduled accordingly.

SO ORDERED
Dated:  BARBARA S. JONES
U.S.D.J.
7/16/08