**MEMO ENDORSED**

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Eng-Hatcher          Plaintiff,

                                                          7   cv  07350   (BSJ)

          - against -

Sprint Nextel Corporation et al     Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Robert Jason Shapiro attorney for Melissa Eng-Hatcher

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Katherine B. Bornstein |
| Firm Name: | Schiffrin Barroway Topaz & Kessler |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA  19087 |
| Telephone/Fax: | (610) 667-7706 |
| Email Address: | kbornstein@sbtklaw.com |

is admitted to practice pro hac vice as counsel for Melissa Eng-Hatcher in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  7/16/08
City, State:  NY, NY

United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006