# EXHIBIT K

**From:** Bloom, Elise M. [mailto:ebloom@proskauer.com]
**Sent:** Friday, June 20, 2008 5:21 PM
**To:** Gerald D. Wells
**Cc:** Gildow, Kerri A.
**Subject:** Eng-Hatcher

Jerry,

Following up on my earlier email, while we continue to disagree with regard as to the issues you raised pertaining to our 30(b)(6) witnesses, we are prepared to make a witness available to provide further testimony on the duties of the Retail Store Managers, Regional Sales Managers and District Managers on Tuesday at 1:30 pm at my office. We would be prepared to offer an additional witness to provide further testimony on the complaint procedure issue on either Wednesday afternoon or Thursday morning in Kansas. Per my earlier email, we are amenable to having you conduct these additional depositions by telephone, videoconferencing or live, whichever works for you. We look forward to hearing from you. Please confirm by Monday at noon whether you would like to proceed with these depositions.

Elise M. Bloom | PROSKAUER ROSE LLP
Member of the Firm
1585 Broadway | New York, NY 10036-8299
v: 212.969.3410 | f: 212.969.2900
ebloom@proskauer.com | www.proskauer.com

************************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

************************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

===========================================================================