# EXHIBIT P

# ROGERS & HARDIN

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

J. TIMOTHY MC DONALD
DIRECT: (404) 420-4621
DIRECT FAX: (404) 230-0955
EMAIL: JTM@RH-LAW.COM

2700 INTERNATIONAL TOWER, PEACHTREE CENTER
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1601
(404) 522-4700
FACSIMILE: (404) 525-2224

June 23, 2008

**VIA FEDERAL EXPRESS**

Gerald D. Wells, III, Esq.
Robert W. Biela, Esq.
Nick Williams, Esq.
SCHIFFRIN BARROWAY TOPAZ
 & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

Re:  Eng-Hatcher v. Sprint Nextel Corporation, et al.
     Case No. 2:07-cv-7350 (BSJ) (KNF) (S.D.N.Y.)

Dear Jerry:

In an effort to respond expeditiously to your request for Employee Help Line calls regarding "off-the-clock" work, I enclose a CD containing Employee Help Line calls from retail employees in the State of New York, beginning April 2005, relating to the payment of wages for hours worked. These documents have been Bates labeled SPRMEH-002946. We also reviewed the Ethics Hot Line calls from 2001 onward. We did not locate any Ethics Hot Line calls that we can discern were made by a retail employee in the State of New York, relating to off-the-clock work.

Very truly yours,

J. Timothy Mc Donald

ROGERS & HARDIN
A LIMITED LIABILITY PARTNERSHIP

June 23, 2008
Page 2

cc: Elise Bloom, Esq. (via email)
Hunter R. Hughes, Esq. (via email)
Robert J. Shapiro, Esq. (via email)
Ashley R. Hurst, Esq. (via email)

ROGERS & HARDIN