PROSKAUER ROSE, LLP
Elise M. Bloom
Gregory I. Rasin
Brian J. Gershengorn
1585 Broadway
New York, New York  10036
ebloom@proskauer.com
Tel. (212) 969-3000
Fax (212) 969-2900

ROGERS & HARDIN LLP
Hunter R. Hughes
J. Timothy Mc Donald
Ashley R. Hurst
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
hrh@rh-law.com
Tel.  (404) 522-4700
Fax.  (404) 525-2224

Attorneys for Defendants
Sprint Nextel Corporation
and Sprint/United Management Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY and DOES 1 through 10, inclusive,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  07-CIV-7350(BSJ)(KNF) |

## CERTIFICATE OF SERVICE

I Brian J. Gershengorn hereby certify that on July 25, 2008, I caused a true and correct copy of the exhibits to Ashley Hurst's Declaration, which are being filed under seal, to be served by UPS Overnight addressed to counsel of record for the Plaintiff: Gerald D. Wells, III, Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, Pennsylvania 19087 and by Hand addressed to counsel of record for the Plaintiff: Robert J. Shapiro, The Shapiro Firm, LLP, 500 Fifth Avenue, 14th Floor, New York, New York 10110.

Brian J. Gershengorn