## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Brian Jeffrey Gershengorn**
Attorney at Law

Direct Dial 212.969.3083
bgershengorn@proskauer.com

July 28, 2008

**By Facsimile**

Hon. Barbara S. Jones
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Melissa Eng-Hatcher v. Sprint Nextel Corp., et al.,
Case No. 07-7350 (BSJ)(KNF)

Dear Judge Jones:

Pursuant to James Bethea's conversation with Your Honor's clerk this morning, we request that the exhibits to Ashley Hurst's Declaration, which was filed on July 25, 2008, be filed under seal with the Court pursuant to the Parties' Stipulation For the Protection and Exchange of Confidential Documents which Your Honor So Ordered on July 23, 2008.

We thank the Court in advance for their attention to this matter.

Respectfully,

Brian J. Gershengorn

cc: Gerald Wells (by facsimile)
Robert Shapiro (by facsimile)
Elise Bloom

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

Application is granted.
So ordered.
Bar Jones
U. SDJ

7/28/08