**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Attorneys at Law

280 King of Prussia Road • Radnor, Pennsylvania 19087
(610) 667-7706 • Fax: (610) 667-7056
www.sbtklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/08

Writer's Direct Dial: (610) 822-2233
E-Mail: gwells@sbtklaw.com

July 28, 2008

**VIA FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

    Re: *Melissa Eng-Hatcher v. Sprint Nextel Corp., et al.*
         Case No. 07-7350 (BSJ)(KNF)

Dear Judge Jones:

At the suggestion of the Clerk of Court, Records Management, I write Your Honor to request a "So Ordered" be affixed to this letter, thereby permitting Plaintiff to file certain materials under seal.

By way of background, on July 11, 2008, Plaintiff timely filed, in electronic form, her motions and supporting briefs for collective and class certification in accordance with this Court's applicable rules. However, Exhibits A through N to the Declaration of Gerald D. Wells, III (the "Exhibits") contained confidential information and were consequently not filed due to the absence of a protective order. Immediately thereafter, the parties submitted a proposed form of Protective Order for Your Honor's consideration. On July 24, 2008, Your Honor entered a Stipulation for the Protection and Exchange of Confidential Documents ("Protective Order") in the above-referenced matter.

After the Protective Order was entered, on July 24, 2008, Plaintiff's local counsel, Robert Shapiro, attempted to file the Exhibits under seal according to the rules of the Court. The Clerk, however, declined to accept the Exhibits and asserted that Plaintiff had to submit all related documents (including the previously, timely filed documents) with the Court. After explaining the above, Mr. Shapiro was advised by the Clerk to send a letter to Your Honor that explained the foregoing and requesting permission to file the Exhibits alone under seal. The Clerk informed Mr. Shapiro that, if Your Honor approved this request, the Clerk would then permit the filing of the Exhibits under seal.

Consequently, Plaintiff hereby respectfully requests Your Honor's permission to file only the Exhibits under seal. If Your Honor approves, kindly endorse this letter so that said Exhibits



The Honorable Barbara S. Jones
July 28, 2008
Page 2

Consequently, Plaintiff hereby respectfully requests Your Honor's permission to file only the Exhibits under seal. If Your Honor approves, kindly endorse this letter so that said Exhibits can be filed under seal. If, however, Your Honor requires a procedure different than the one outlined above, Plaintiff respectfully requests that Your Honor advise Plaintiff of such procedure at Your Honor's earliest convenience.

Thank you for Your Honor's time and consideration. Should you have any questions regarding the above, please do not hesitate to call me. I apologize for any inconvenience this situation may have caused the Court.

Respectfully submitted,

Gerald D. Wells, III
Counsel for Plaintiff

GDW/tae

cc: Elise Bloom, Esquire (via facsimile only)
Ashley R. Hurst, Esquire (via facsimile only)
Hunter R. Hughes, Esquire (via facsimile only)
Robert Shapiro, Esquire (via facsimile only)

Application Granted.

SO ORDERED
Dated: 7/28/08
BARBARA S. J.
U.S.D.J.