**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Joseph H. Meltzer, Esq.
Gerald D. Wells, III, Esq.
Nick S. Williams, Esq. (NW-5946)
Robert W. Biela, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

- and -

**THE SHAPIRO FIRM, LLP**
Robert J Shapiro, Esq. (RS-3220)
Jonathan S. Shapiro, Esq. (JS-3068)
500 Fifth Avenue, 14th Floor
New York, NY 10110
Telephone: (212) 391-6464
Facsimile: (212) 719-1616

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.07-CV-7350 (BSJ)(KNF)<br><br>**DECLARATION OF GERALD D. WELLS, III IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTIONS FOR (1) CONDITIONAL COLLECTIVE CERTIFICATION; (2) COURT AUTHORIZED NOTICE; (3) PRODUCTION OF NAMES AND ADDRESSES PURSUANT TO 29 U.S.C. § 216(b); AND (4) CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23** |

I, GERALD D. WELLS, III, declare as follows:

1. I am an associate at the law firm of Schiffrin Barroway Topaz & Kessler, LLP ("SBTK" or the "Firm"). I am personally involved in all aspects of the prosecution of this matter. I submit this Declaration in support of Plaintiff's Reply Memorandum in Support of Plaintiff's Motions for (1) Conditional Collective Certification Pursuant to 26 U.S.C. § 216(b); (2) Court Authorized Notice; (3) Production of Names and Addresses to facilitate Collective Certification Notice; and (4) Class Certification Pursuant to FED. R. CIV. P. 23.

2. Attached hereto as Exhibit A is a true and correct copy of an email from James Mickey, dated February 4, 2005. The document is Bates Stamped SPRMEH-002915-002924.

3. Attached hereto as Exhibit B is a true and correct copy of a memorandum from Laura McLaughlin, dated March 4, 2006.[1]

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 6, 2008, in Radnor, Pennsylvania.

_____
GERALD D. WELLS, III

---

[1] This document was produced by Defendants in a format whereby the date of the memorandum adjusts each time the document is accessed. Consequently, the date of August 6, 2008 is not the correct date. The correct date is March 4, 2006. See Declaration of Gerald D. Wells, III in Support of Plaintiff's Motions For (1) Conditional Collective Certification Pursuant to 26 U.S.C. § 216(b); (2) Court Authorized Notice; (3) Production of Names and Addresses to Facilitate Collective Certification Notice; and (4) Class Certification Pursuant to FED. R. CIV. P. 23, Exhibit E, Deposition Transcript of Kim Dixon at p.52:7-11.

2

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# FILED UNDER SEAL