PROSKAUER ROSE
Elise M. Bloom, Esq.
Gregory I. Rasin, Esq.
1585 Broadway
New York, New York 10036
Tel. (212) 969-3000
Fax (212) 969-2900

ROGERS & HARDIN LLP
Hunter R. Hughes, Esq.
J. Timothy Mc Donald, Esq.
Ashley R. Hurst, Esq.
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
Tel. (404) 522-4700
Fax. (404) 525-2224

Attorneys for Defendants
Sprint Nextel Corporation
And Sprint/United Management
Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 07-CIV-7350(BSJ)(KNF)<br><br>**Defendants' Motion for Permission to File a Sur-Reply** |

## DEFENDANTS' MOTION FOR PERMISSION TO FILE SUR-REPLY

Defendants Sprint Nextel Corporation and Sprint/United Management Company (collectively referred to as "Sprint" or "Defendants") move this Court for permission to file a sur-reply in further opposition to Plaintiff's Motion for Conditional Collective Certification and Class Certification and state as follows:

With her reply brief, Plaintiff filed a new declaration attaching an e-mail and a memorandum obtained during discovery that she did not discuss, mention, or submit with her original motions for class and conditional certification. Plaintiff's reference to the newly-submitted evidence in her reply overlooks or omits important deposition testimony regarding these documents. The reply brief was the first time Plaintiff made an issue of these documents, and Defendants should be allowed to respond to this newly-submitted evidence.

A memorandum setting forth in detail the grounds for this motion has been filed herewith.

Respectfully submitted this 13th day of August, 2008.

PROSKAUER ROSE LLP

By:    s/Elise M. Bloom
      ELISE M. BLOOM
      ebloom@proskauer.com
      GREGORY I. RASIN
      grasin@proskauer.com
      1585 Broadway
      New York, New York  10036
      Telephone: (212) 969-3000
      Facsimile:  (212) 969-2900

      HUNTER R. HUGHES
      hrh@rh-law.com
      J. TIMOTHY Mc DONALD
      jtm@rh-law.com
      ASHLEY R. HURST
      arh@rh-law.com
      ROGERS & HARDIN LLP
      2700 International Tower, Peachtree Center
      229 Peachtree Street, N.E.
      Atlanta, GA  30303
      Telephone:  (404) 522-4700
      Facsimile:  (404) 525-2224

      Attorneys for Defendants
      Sprint Nextel Corporation and
      Sprint/United Management Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ENG-HATCHER, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 07-CIV-7350(BSJ)(KNF)<br><br>**Defendants' Motion for Permission to File a Sur-Reply** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the within and foregoing "**Defendants' Motion for Permission to File a Sur-Reply**" with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

DATED: August 13, 2008.

　　　　　　　　　　　　　　By:　__s/Elise M. Bloom__
　　　　　　　　　　　　　　　　　Elise M. Bloom
　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　1585 Broadway
　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　Telephone: (212) 969-3000

2

Facsimile: (212) 969-2900
ebloom@proskauer.com