

# SCHIFFRIN BARROWAY
# TOPAZ & KESSLER, LLP
Attorneys at Law

www.sbtklaw.com

280 King of Prussia Road • Radnor, Pennsylvania 19087 • (610) 667-7706 • Fax: (610) 667-7056
2125 Oak Grove Road, Suite 120 • Walnut Creek, California 94598 • (925) 945-0200 • Fax: (925) 945-8792

August 11, 2008

**VIA FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

    Re: *Melissa Eng-Hatcher v. Sprint Nextel Corp., et al.*
       **Case No. 07-7350 (BSJ)(KNF)**

Dear Judge Jones:

  Pursuant to the Stipulation for the Protection and Exchange of Confidential Documents ("Protective Order") entered on July 24, 2008, I write on behalf of Plaintiff in the above-captioned action to request a "So Ordered" be affixed to this letter, thereby permitting Plaintiff to file the following documents under seal in the above matter:

  1. Exhibits A and B to the Reply Affidavit of Gerald D. Wells, III, in Support of Motion to Certify Class (dkt. # 60), filed on August 6, 2008.

            Respectfully submitted,

            Robert Biela
            Counsel for Plaintiff

RB/km

cc: Elise Bloom, Esquire (via facsimile only)
   Ashley R. Hurst, Esquire (via facsimile only)
   Hunter R. Hughes, Esquire (via facsimile only)
   Robert Shapiro, Esquire (via email only)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
8/13/08

*Application Granted.*

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
Aug. 13, 2008